# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Levy, David Fursetzer and
Furlev Sales and Associates, Inc.

Case No. Civil 00-168JRT

v.

JUDGMENT IN A CIVIL CASE

Martin Melvin Fiterman

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court AFFIRMS the Order of the Bankruptcy Court.

DATE: September 12, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk

7